### 18892. HENDERSON *v.* THE STATE.

BROYLES, C. J. There being no evidence that the "home brew" found in the defendant's place of business was an intoxicating beverage, his

conviction of possessing intoxicating liquors was unauthorized, and the refusal to grant him a new trial was error.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 12, 1928. REHEARING DENIED JULY 10, 1928.

*M. B. Eubanks,* for plaintiff in error.